IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LARRY GIRON,

    Plaintiff,

v.                                            No. 08-CV-0491-BB-GBW

PROTECTION TECHNOLOGY
LOST ALAMOS, d.b.a. SOC LOS
ALAMOS,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE EXPERT WITNESS DISCLOSURES

**THIS MATTER** is before the Court on Defendants Unopposed Motion for Extension of Time for Defendant to File Expert Witness Disclosures (*Doc. 49*), presently set for July 6, 2009.  The Court will grant the parties' request to extend the deadline for Defendants to file Expert Witness disclosures for thirty days until August 5, 2009, but this extension does not affect any of the other previously set case management deadlines.  All other deadlines in *Doc. 45* are to remain in place.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE